**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor

| | |
|---|---|
| In re: | : IN BANKRUPTCY |
| | : CHAPTER 13 |
| John S. Meyer | : |
| | : CASE NO. 24-19478 (JNP) |
| | : |
| Debtor(s) | : HEARING:  October 22, 2024 @ 11:00 am |
| | : |
| | : ORAL ARGUMENT WAIVED |

## NOTICE OF MOTION TO EXTEND AUTOMATIC STAY

TO:

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Andrew Finberg
Chapter 13 Standing Trustee
535 Route 38 South, Ste 580
Cherry Hill, NJ 08002

PHH Mortgage
1 Mortgage Way
Mount Laurel, NJ 08054-4637

PHH Mortgage
c/o RAS Crane, PLLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004

SEE SERVICE LIST

PLEASE TAKE NOTICE that on October 22, 2024 at 11:00 AM in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for Debtor(s) will move before the Honorable Jerrold N. Poslusny, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom 4C for an Order to Extend the Automatic Stay Pursuant to §362(c)(3)(B).

Pursuant to the local Rules of Bankruptcy Procedure, any opposition to this motion must be made in writing, filed with the Court and served on the undersigned counsel at least 7 days prior to the return date hereof.

Pursuant to the local Rules of Bankruptcy Procedure, the undersigned counsel requests that this matter be heard on the papers unless opposition is filed or oral argument requested by the Court.

                                                              SADEK LAW OFFICES
                                                              Attorney(s) for Debtor

Dated:  September 25, 2024                       By:    /s/ Jeanie D. Wiesner
                                                                             Jeanie D. Wiesner, Esq.